**Order entered February 18, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00812-CV

### SHAMELYA ETIER, Appellant

### V.

### SHAHNOOR CHISTI AND NAHID PARVIN, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03220-C**

### ORDER

Before the Court is appellees' February 15, 2022 motion to dismiss the appeal because appellant has failed to file a brief. Appellant filed her brief along with an extension motion on February 16, 2022. Accordingly, we **DENY** appellees' motion as moot.

We **GRANT** appellant's extension motion and **ORDER** the brief tendered to this Court by appellant on February 16 filed as of the date of this order. Appellant's brief contains the following deficiencies:

1. It does not contain a complete list of all parties to the trial courts' judgment or appealable order with the names and addresses of all trial and appellate counsel. *See* TEX. R. APP. P. 38.1(a).

2.     It does not contain a table of contents with references to the pages of the brief.  *See id.* 38.1(b).

3.     The table of contents does not indicate the subject matter of each issue or point, or group of issues or points.  *See id.* 38.1(b).

4.     It does not contain an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited.  *See id.* 38.1(c).

5.     It does not contain a concise statement of the case, the course of proceedings, and the trial court's disposition of the case supported by record references.  *See id.* 38.1(d).

6.     It does not concisely state all issues or points presented for review.  *See id.* 38.1(f).

7.     It does not contain a concise statement of the facts supported by record references.  *See id.* 38.1(g).

8.     It does not contain a succinct, clear, and accurate statement of the arguments made in the body of the brief.  *See id.* 38.1(h).

9.     The argument does not contain appropriate citations to authorities.  *See id.*  38.1(i).

10.    The argument does not contain appropriate citations to the record.  *See id.* 38.1(i).

Accordingly, we **ORDER** appellant to file, on or before **February 28, 2022**, an amended brief correcting the above-noted deficiencies.  We caution appellant that failure to comply may result in dismissal of the appeal without further notice.  *See id.* 38.8(a)(1), 42.3(b), (c).

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE